458 A.2d 262

Commonwealth v. Fox, Appellant.
Petition for Allowance of Appeal
Denied June 3, 1983.

Submitted November 9, 1982.  John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.